ACCEPTED
11-18-00002-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
1/5/2018 2:40 PM
SHERRY WILLIAMSON
CLERK

| | |
|---|---|
| Appellate Docket Number: | 11-18-0002-CR |
| Appellate Case Style: Style: | State of Texas |
| Vs. | Terry Daryl Whitman |
| Companion Case: | 11-18-0001-CR |

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS

01/05/18 2:40:29 PM

SHERRY WILLIAMSON
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 11th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| **First Name:** The State of Texas | ☒ Lead Attorney |
| **Middle Name:** | **First Name:** Lacey |
| **Last Name:** | **Middle Name:** |
| **Suffix:** | **Last Name:** Holloman |
| **Appellant Incarcerated?** ☐ Yes ☐ No | **Suffix:** |
| **Amount of Bond:** | ☐ Appointed ☒ District/County Attorney |
| **Pro Se:** ○ | ☐ Retained ☐ Public Defender |
| | **Firm Name:** Midland County District Attorney's Office |
| | **Address 1:** 500 N. Loraine St. |
| | **Address 2:** Ste. 200 |
| | **City:** Midland |
| | **State:** Texas **Zip+4:** 79701 |
| | **Telephone:** 432-688-4426 **ext.** |
| | **Fax:** 432-688-4938 |
| | **Email:** da110@co.midland.tx.us |
| | **SBN:** 24087736 |
| | Add Another Appellant/ Attorney |

| I. Appellant | II. Appellant Attorney(s) |
|---|---|

**I. Appellant**

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellant Incarcerated?　☐ Yes　☐ No

Amount of Bond:

Pro Se: ○

**II. Appellant Attorney(s)**

☐ Lead Attorney

First Name: Rebecca

Middle Name: Lynn

Last Name: Patterson

Suffix:

☐ Appointed　　☒ District/County Attorney
☐ Retained　　☐ Public Defender

Firm Name: Midland County District Attorney's Office

Address 1: 500 N. Loraine St.

Address 2: Ste. 200

City: Midland

State: Texas　　Zip+4: 79701

Telephone: 432-688-4498　ext.

Fax: 432-688-4938

Email: rebecca_patterson@co.midland.tx.us

SBN: 24077827

Add Another Appellant/ Attorney

## III. Appellee

First Name: Terry

Middle Name: Daryl

Last Name: Whitman

Suffix:

Appellee Incarcerated?   ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: H.W.

Middle Name:

Last Name: Leverett

Suffix: Jr.

☒ Appointed          ☐ District/County Attorney
☐ Retained           ☐ Public Defender

Firm Name: Law Office of H.W. Leverett, Jr.

Address 1: P.O. Box 10506

Address 2:

City: Midland

State: Texas          Zip+4: 79702

Telephone: 432-683-3323     ext.

Fax: 432-683-3602

Email: hwleverett@sbcglobal.net

SBN: 12247000

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Fraud

Type of Judgment: State Appeal

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: December 1, 2017

Offense charged: Forgery Govt/National Gov InstrMoney/Secur

Date of offense: February 18, 2017

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☐ No

Was the trial by:   ☐ jury or ☐ non-jury?

Date notice of appeal filed in trial court: December 18, 2017

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed:

Is the appeal from a pre-trial order?  ☒ Yes  ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:          ☐ Yes  ☐ No   If yes, date filed:

Motion in Arrest of Judgment:  ☐ Yes  ☐ No   If yes, date filed:

Other:  ☐ Yes  ☐ No                          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes  ☐ No  ☐ NA    If yes, date filed:

Date of hearing:                           ☐ NA

Date of order:                             ☐ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 385th

County: Midland

Trial Court Docket Number (Cause no): CR49339

Trial Court Judge (who tried or disposed of the case):

First Name: Robin

Middle Name: Malone

Last Name: Darr

Suffix:

Address 1: 500 N. Loraine St.

Address 2: Ste 801

City: Midland

State: Texas     Zip + 4: 79701

Telephone:     ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Jan 5, 2018

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☒ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Jan 5, 2018

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter     ☐ Court Recorder
☐ Official     ☐ Substitute

First Name: Kelly

Middle Name:

Last Name: Allen

Suffix:

Address 1: 500 N. Loraine St.

Address 2: Ste 801

City: Midland

State: Texas     Zip + 4: 79701

Telephone: 432-688-4386     ext.

Fax:

Email: kelly_allen@co.midland.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 11-18-0001-CR          Court: 11th Cpurt of Appeals

Style:    State of Texas

    Vs.    Terry Daryl Whitman

## X. Signature

_Lary H_____
Signature of counsel (or Pro Se Party)

Date: January 5, 2018

_Lacey Holloman_____
Printed Name:

State Bar No: 24087736

Electronic Signature: _____          Name: _____
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on January 5, 2018     .

_Lary H_____
Signature of counsel (or pro se party)

Electronic Signature: _____
    (Optional)

State Bar No.:    24087736

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: January 5, 2018

Manner Served: Fax

First Name: H.W.

Middle Name:

Last Name: Leverett

Suffix:

Law Firm Name: Law Office of H.W. Leverett

Address 1: P.O. Box 10506

Address 2:

City: Midland

State Texas          Zip+4: 79702

Telephone: 432-683-3323          ext.

Fax: 432-683-3602

Email: hwleverett@sbcglobal.net